RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/14/10
GB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| JAMES ALLEN BROOM | CIVIL ACTION NO. 09-0726 |
| VERSUS | JUDGE HAIK |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the lack of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that decision of the Commissioner is **REVERSED** and benefits are awarded consistent with an onset date of August 17, 2005.

Lafayette, Louisiana, this 13 day of October, 2010.

_____
**DISTRICT JUDGE RICHARD T. HAIK, SR.**